UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BILLY JOE MULLINS,

    Plaintiff,

v.

TODD MOORE, et al.,

    Defendants.

_____/

Case No. 1:18-cv-681

HON. JANET T. NEFF

# ORDER

This is a civil rights action brought under 42 U.S.C. § 1983, by a person who is presently incarcerated with the Michigan Department of Corrections at the Ionia Correctional Facility in Ionia, Michigan. Defendant Todd Moore filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 12, 2019, recommending that this Court grant the motion and this action be terminated. The Report and Recommendation was duly served on the remaining parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 22) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 13) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*,

114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

    A Judgment will be entered consistent with this Order.


Dated: July 8, 2019                                                           /s/ Janet T. Neff  
                                                                                      JANET T. NEFF  
                                                                                      United States District Judge